EDWIN R. LA VIN, Appellant, *v.* TRAVELERS INDEMNITY COMPANY, Respondent.

Submitted October 6, 1952; decided October 23, 1952.

*Leo E. Sherman* for motion.
*Meyer Kraushaar* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the judgment does not finally determine the action within the meaning of the Constitution.